UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSE
AT      GREENEVILLE

Dustin Ray Cade                        )
                                       )            Civil No.
        V.                             )
                                       )
Washington County Sheriff's Office,    )
Sheriff Keith Sexton,
Sgt. Moore,                            )
Officer Antone                         )

                                       )


COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)


I.              PREVIOUS  LAWSUITS
   A) Plaintiff, Dustin Ray Cade, has never filed a
      42 U.S.C. 1983 and has no previous State or Federal
      lawsuits filed or pending in State or Federal
      court.

II.    PLACE OF CONFINEMENT:
       Washington County Detention Center
       108 West Jackson Blvd.
       Jonesborough, Tennessee 37659

A) Washington County Sheriff's Office does not have a grievance procedure or request system set-up for prisoners. Washington County Detention Center does not have a grievance procedure. Washington County Detention Center does have a Kiosk for digital inmate request system. Southern Health Partners does have a grievance procedure. Southern Health Partners procedure is administrated by Washington County Detention Center's Kiosk for digital inmate request.

EXHAUSTED REMEDIES

B) ① Washington County Sheriff's Office does not have a grievance procedure or inmate request system set-up for prisoners. All known remedies exhausted.

② Washington County Detention Center does not have a grievance procedure. Plaintiff, Dustin Ray Cade, filed digital inmate requests through Washington County Detention Center Kiosk to Sheriff Keith Sexton also Washington County Detention Center Administrators Captain and Major Concerning issues dated from 4-6-23 Known as April 6th, 2023 until 6-30-23 Known as June 30th, 2023. Inmate requests totaling 32 digital inmate requests. Eleven digital inmate requests went unanswered/IN PROGRESS. All Known remedies exhausted.

B) ③ Southern Health Partners does have a grievance procedure. Southern Health Partners received 20 digital inmate requests. Southern Health Partners received 7 known digital inmate requests with subject titled Chest and back pain, back pain or EKG. Digital inmate requests dated 4-15-23 known as April 15th, 2023 until 6-22-23 known as June 22, 2023. Currently 4 digital inmate requests and grievance requests unanswered/IN PROGRESS. All Southern Health Partners digital inmate requests filed through Washington County Detention Center digital inmate request kiosk. All known remedies exhausted.

## III PARTIES

A) ① Plaintiff- Dustin Ray Cade
Present Address- P.O.Box 610, Blountville, TN 37617
Permanent home address- 254 Buttermilk Rd. Gray, TN 37615
Address of nearest relative - 117 Lamar Ave. Gray, Tn 37615

B) ① Defendant: Washington County Sheriff's Office
Official Position: Sheriff Department
Place of Employment: Washington County, TN   108 West Jackson Blvd Jonesborough, TN 37659
② Defendant: Sheriff Keith Sexton
Official Position: Sheriff
Place of Employment: Washington County Sheriff Office
108 West Jackson Blvd.

Jonesborough, TN 37659
③

B) ③ Defendant: Sgt. Moore
       Official Position: Sgt. at Washington County Sheriff's Office
       Place of Employment: WCSO - 108 West Jackson Blvd. Jonesborough, TN 37659
④ Defendant: Officer Antone
       Official Position: Deputy at Washington County Sheriff's Office
       Place of Employment: WCSO - 108 West Jackson Blvd. Jonesborough, TN 37659

## IV  STATEMENT OF CLAIM

On April 4th, 2023 at aprox. 1:10 p.m. Plaintiff, Dustin Ray Cade, was stopped by Officer Antone of the Washington County Sheriff's Office (WCSO) for walking down Oak Grove Rd. Gray, TN 37615. Violating plaintiff's Fourteenth Amendment Constitutional Right. Officer Antone asked plaintiff why he was walking down the road and if plaintiff remembered him, Officer Antone, from high school. Plaintiff was then instructed for his Social Security number by Officer Antone. Violating plaintiff's Fourth Amendment Constitutional Right. At that point Officer Antone conducted a records check and plaintiff had no warrants. At that time plaintiff directed Officer Antone to Oak Grove Baptist Church located across from site of Officer Antone's pedestrian stop of plaintiff. Location known as 396 Oak Grove Rd. Gray, TN 37615. Plaintiff began telling Officer Antone of the mulch job completed earlier that afternoon by plaintiff and Elder of Oak Grove Baptist Church. Plaintiff and plaintiff's family are long standing members of Oak Grove Baptist Church. During plaintiff and Officer Antone's brief conversation, Sgt. Moore arrived at location of Officer Antone's pedestrian stop of plaintiff. Sgt. Moore began interrogating plaintiff. Sgt. Moore asked plaintiff if plaintiff had been involved in a incident the day before, date known as April 3rd, 2023. Plaintiff told Sgt. Moore he had been shot at and held at gun point for his school backpack containing college books and Texas Instrument calculator and personal property. Sgt. Moore then advised plaintiff he was in possession of plaintiff's school back pack and personal property. Sgt. Moore advised plaintiff that he was going to call unknown John Doe culprit from his patrol vehicle and ask if unknown John Doe culprit wanted to press charges for Burgulary of Motor Vehicle. Sgt. Moore returned from patrol vehicle and advised plaintiff he was being arrested for Burgulary of Motor

④

Vehicle and activated his body-worn camera. Sgt. Moore advised plaintiff of his Miranda Rights and asked plaintiff if he wanted to answer any questions. Plaintiff repeated to Sgt. Moore on body-worn camera and in witness of Officer Antone of incident dated April 3rd, 2023 of plaintiff being shot at and held at gun point for school backpack and personal property. Violating plaintiff's Fourteenth Amendment Constitutional Right, Fifth Amendment Constitutional Right, Fourth Amendment Constitutional Right and Sixth Amendment Constitutional Right. Sgt. Moore refused plaintiff's request to file complaint against unknown John Doe Culprit.

During arrest by Sgt. Moore and Officer Antone of plaintiff, plaintiff was not combative and was compliant to Sgt. Moore and Officer Antone's orders. Sgt. Moore and Officer Antone used excessive force and brutality by slamming plaintiff to pavement, tasing plaintiff and handcuffing plaintiff. Causing plaintiff severe lacerations to plaintiff's right shoulder and right hand. Plaintiff also suffered severe pain in lower vertabra causing needle like pin sensations down plaintiff's right and left legs. Most importantly plaintiff having severe chest pain and shortness of breath after being tased by Sgt. Moore and held constrictivly by Officer Antone. Plaintiff immediatley begged Sgt. Moore and Officer Antone desperately three times for immediate medical attention to severe injuries caused by unwarranted force used by Sgt. Moore and Officer Antone. Sgt. Moore and Officer Antone maliciously denied plaintiff's request for immediate medical attention. Catching the attention of watchful elders John Doe 1 and Jane Doe of Oak Grove community. Instead of requesting immediate medical assistance or conducting immediate medical assistance. Sgt. Moore and Officer Antone rolled plaintiff onto side of body and sadistically performed a roadside strip search of plaintiff by pulling plaintiff's shirt up and sweat pants and boxer briefs down to plaintiff's knees exposing plaintiff's genital area while Sgt. Moore using his hand to abruptly penetrate plaintiff's testicle and buttocks area while in public view. Plaintiff was picked up and placed into Sgt. Moore's patrol vehicle, left unattended while Sgt. Moore and Officer Antone searched plaintiff's wallet on Sgt. Moore's patrol vehicle hood while having unlegible conversation with John Doe 1. Violating plaintiff's Fourth Amendment Constitutional Right, Eighth Amendment constitutional right and Fourteenth Amendment Constitutional Right. Sgt. Moore and Officer Antone displayed total disregard to plaintiff's safety and health concerning need of medical assistance or medical attention. Violating plaintiff's Eighth Amendment constitutional right and Fourteenth Amendment Constitutional Right. Finally arriving at Washington

County Detention Center, (wcoc), plaintiff was being booked in at aprox. 2:25pm April 4th, 2023 by Correction Officer and Sgt. Moore unholstered his taser again and instructed plaintiff that plaintiff was lucky that he did not tase him with pronged tase method in a intimidating way directly threatening plaintiff. Violating Eighth and Fourteenth Amendment Constitutional Right. Plaintiff has had to have three EKG's from Southern Health Partners and two exams regarding severe chest pain and severe back pain as a result of incident. Plaintiffs charge of Burgulary of Auto was dismissed.

## V RELIEF

A.) ① Punitive Damages: $120,000 no less than
   ② Compensatory Damages: $250,000

B.) Better training of deputies at Washington County Sheriffs Office for Medical and procedure