UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENVILLE

| | | |
|---|---|---|
| DUSTIN RAY CADE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.: 2:23-CV-88-KAC-CRW |
| v. | ) | |
| | ) | |
| SERGEANT MOORE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In the Order Dismissing Action, the Court **DISMISSED** this action without prejudice

under Federal Rule of Civil Procedure 41(b). The Court **DIRECTS** the Clerk to close this case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT